GEORGE W. WHITE, as Administrator of the Estate of RICHARD K. WHITE, Deceased, Respondent, v. COYLE WRECKING AND LUMBER CORP. et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.